# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

K.W., a child,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2684

_____

December 19, 2025

Appeal from the Circuit Court for Hillsborough County; Lawrence Lefler, Judge.

Blair Allen, Public Defender, and Lisa Martin, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Angela H. Fernandez, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

MORRIS, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.